MAXIMILIANO D. COUVILLIER III, ESQ.
Nevada Bar No.: 7661
KEVIN L. HERNANDEZ, ESQ.
Nevada Bar No.: 12594
**BLACK & LOBELLO**
10777 West Twain Avenue, Third Floor
Las Vegas, Nevada 89135
Telephone: (702) 869-8801
Facsimile: (702) 869-2669
mcouvillier@blacklobellolaw.com
khernandez@blacklobellolaw.com
*Attorneys for plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTINA SCARPA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX, INC., a foreign corporation; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION, LLC, a foreign limited liability company; NAVIENT SOLUTIONS, INC. fka SALLIE MAE, INC., a foreign corporation,<br><br>Defendants. | Case No.: 2:15-cv-00807-APG-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT, NAVIENT SOLUTIONS, INC. fka SALLIE MAE, INC.** |

Plaintiff Christina Scarpa ("plaintiff") and defendant, Navient Solutions, Inc. ("Navient") stipulate as follows:

**IT IS HEREBY JOINTLY STIPULATED AND AGREED** by plaintiff and Navient, by and through their respective attorneys of record, and subject to the approval of the court, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned

///
///
///
///
///
///

Page 1 of 2

matter is hereby dismissed with prejudice as to Navient, with each party bearing their own attorneys' fees and costs incurred herein.

RESPECTFULLY SUBMITTED.

| Dated this 15th day of September, 2015. | Dated this 15th day of September, 2015. |
|---|---|
| **BLACK & LOBELLO** | **AKERMAN LLP** |
| /s/ Kevin L. Hernandez            .<br>Maximiliano D. Couvillier III, Esq.<br>Nevada Bar No. 7661<br>Kevin L. Hernandez, Esq.<br>Nevada Bar No. 12594<br>10777 W. Twain Ave., 3rd Floor<br>Las Vegas, NV 89135<br>*Attorneys for plaintiff* | /s/ Matthew Knepper            .<br>Matthew Knepper, Esq.<br>Nevada Bar No. 12796<br>1160 Town Center Drive, Suite 330<br>Las Vegas, NV  89144<br>*Attorneys for defendant,*<br>*Navient Solutions, Inc. fka*<br>*Sallie Mae, Inc.* |

### ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT NAVIENT SOLUTIONS, INC. fka SALLIE MAE, INC.

Pursuant to the foregoing stipulation between plaintiff and Navient, under FRCP 41(a)(1)(A)(ii), Navient shall be dismissed with prejudice, and each party shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED**:

_____
UNITED STATES DISTRICT JUDGE

DATED: September 16, 2015