**DARRELL D. DENNIS, ESQ.**
Nevada Bar No. 006618
**JASON G. REVZIN, ESQ.**
Nevada Bar No. 008629
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
Telephone: (702) 893-3383
Facsimile: (702) 893-3789
**COUNSEL FOR DEFENDANT TRANS UNION LLC**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTINA SCARPA, an individual;<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX, INC., a foreign corporation; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION, LLC, a foreign limited liability company; NAVIENT SOLUTIONS, INC. fka SALLIE MAE, INC., a foreign corporation;<br><br>Defendants. | Case No. 2:15-cv-00807-APG-NJK<br><br>**ORDER OF DISMISSAL AS TO DEFENDANT TRANS UNION LLC** |

Plaintiff Christina Scarpa has announced to the Court that all matters in controversy against Trans Union LLC have been resolved. A Stipulation of Dismissal with Prejudice has been signed and filed with the Court. Having considered the Stipulation of Dismissal with Prejudice, the Court makes and delivers the following ruling:

///

///

///

///

4823-4838-4044.1

1

7386788.1/SP/83057/1953/111215

2

IT IS ORDERED that the claims and causes of action asserted herein by Plaintiff Christina Scarpa against Defendant Trans Union LLC are in all respects dismissed with prejudice to the refiling of same, with court costs to be paid by the party incurring same.

DATED this __17th__ day of __December_____, 2015.

_____
**HONORABLE ANDREW P. GORDON**
UNITED STATES DISTRICT JUDGE