Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
2879 St. Rose Parkway, Suite 130A
Henderson, NV  89052
P: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHRISTINA SCARPA, an individual, | Case No.:  2:15-CV-00807-APG-NJK |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL OF EQUIFAX, INC. WITH PREJUDICE** |
| EQUIFAX, INC., a foreign corporation; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign limited liability company; NAVIENT SOLUTIONS, INC. fka SALLIE MAE, INC., a foreign corporation, | |
| Defendants. | |

**WHEREAS** plaintiff, Christina Scarpa, and defendant Equifax, Inc. ("Equifax") (collectively referred to as "Parties") have executed a settlement agreement which fully and finally resolves all claims, disputes, and differences between the Parties;

*///*
*///*
*///*
*///*
*///*
*///*
*///*
*///*

**IT IS HEREBY JOINTLY STIPULATED AND AGREED** by the Parties, by and through their respective attorneys of record, and subject to the court's approval, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned matter is hereby dismissed with prejudice as to Equifax, with each party bearing their own attorneys' fees and costs incurred herein.

RESPECTFULLY SUBMITTED.

DATED this 2nd day of February, 2016.                    DATED this 2nd day of February, 2016.

**LAW OFFICE OF**                                        **SNELL & WILMER, LLP**
**KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*                                 */s/ Bradley Austin*
Kevin L. Hernandez, Esq.                                 Bradley Austin, Esq.
Nevada Bar No. 12594                                     Nevada Bar No. 13064
2879 St. Rose Parkway, Suite 130A                        3883 Howard Hughes Parkway, Suite 1100
Henderson, NV 89052                                      Las Vegas, NV 89169
*Attorneys for plaintiff*                                *Attorneys for Equifax, Inc.*

### ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX, INC.

Pursuant to the stipulation of the Parties under FRCP 41(a), defendant Equifax shall be dismissed with prejudice, and each party shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED**:

_____
UNITED STATES DISTRICT JUDGE

DATED: February 3, 2016